

475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

February 2, 2012

Honorable Magistrate Judge Roanne Mann
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201
BY ECF

Re: <u>Rodriguez v. City of NY</u> 11CV1128 (JCB)(RLM)

Your Honor-

I write to update the Court on the status of the criminal case underlying this complaint. The criminal matter has been adjourned to March 20, 2012. Plaintiff was hopeful for a resolution at his criminal court appearance earlier this week but, unfortunately, the judge issued a decision on defense motions that will, at least for now, allow the case to move forward.

I respectfully request that the stay be continued until after the March 20 criminal court appearance. I will notify the court and opposing counsel as soon as the criminal case is completed so this matter can move forward. Thank you for your consideration.


Sincerely Yours,


Nicole Bellina
718 852 3710 x103